AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2026

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| DEBORAH E., | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   2:26-cv-1-EFS |
| | ) | |
| | ) | |
| FRANK BISIGNANO, Commissioner of Social Security, | ) | |
| _Defendant_ | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

❏ the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑ other:   The ALJ's nondisability decision is REVERSED, and  REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was _(check one)_:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Edward F. Shea

Date:   July 16th, 2026

CLERK OF COURT

s/Sean F. McAvoy
_Signature of Clerk_